No. 192. COMMISSION OF THE DEPARTMENT OF PUB-
LIC UTILITIES *v.* LOWELL GAS Co. Supreme Judicial
Court of Massachusetts. Certiorari denied. *Francis E.
Kelly,* Attorney General of Massachusetts, *Henry P.
Fielding, Francis J. Roche* and *David H. Stuart,* Assistant
Attorneys General, for petitioner. *Robert G. Dodge* and
*Harold S. Davis* for respondent.

No. 193. PALM BEACH TRUST Co. *v.* COMMISSIONER
OF INTERNAL REVENUE. United States Court of Appeals
for the District of Columbia Circuit. Certiorari denied.
*B. H. Bartholow* for petitioner. *Solicitor General Perl-
man, Assistant Attorney General Caudle, Ellis N. Slack,
Helen Goodner* and *S. Dee Hanson* for respondent.

No. 194. GRAVES ET AL. *v.* SPRINGFIELD GAS & ELEC-
TRIC Co. Supreme Court of Missouri. Certiorari de-
nied. *Roscoe C. Patterson* for petitioners. *S. C. Bates*
for respondent.

No. 201. ATLANTIC COAST LINE RAILROAD Co. *v.* HAS-
ELDEN. Supreme Court of South Carolina. Certiorari
denied. *Charles Cook Howell* and *V. E. Phelps* for peti-
tioner. *Donald Russell* for respondent.

No. 202. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIA-
TION, INC. *v.* BRANNAN, SECRETARY OF AGRICULTURE.
C. A. 2d Cir. Certiorari denied. *Seward A. Miller, Fred-
erick P. Lee* and *Myron Scott* for petitioner. *Solicitor
General Perlman, J. Stephen Doyle, Jr., Neil Brooks* and
*Lewis A. Sigler* for respondent.